```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MALKA RANI, individually and on behalf
of all other similarly situated individuals,                          JUDGMENT

                        Plaintiff,                                    19-CV-5186 (MKB) (ST)

        v.

MICHAEL A. DROBENARE,

                        Defendant.
----------------------------------------------------------------X
```

   An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on September 9, 2020, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated August 19, 2020, granting Plaintiff's motion for a default judgment; finding Defendant liable for violating sections 1692e(11) and 1692g(a) of the FDCPA; awarding Plaintiff damages in the amount of $900, consisting of $500 in statutory damages and costs totaling $400; denying Plaintiff's request for additional costs and attorneys' fees; and granting Plaintiff leave to submit supporting documentation within thirty (30) days of this Order; it is

   ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; that Defendant is found liable for violating sections 1692e(11) and 1692g(a) of the FDCPA; that Plaintiff is awarded a total amount of $900; that Plaintiff's request for additional costs and attorneys' fees is denied; and that Plaintiff is granted leave to submit supporting documentation within thirty (30) days of this Order.

Dated: Brooklyn, New York              Douglas C. Palmer
    September 10, 2020               Clerk of Court

                           By:  */s/Jalitza Poveda*
                               Deputy Clerk