UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MALKA RANI, individually and on behalf of all
other similarly situated individuals,

                          Plaintiff,

        v.

MICHAEL A. DROBENARE,

                          Defendant.
---------------------------------------------------------------X

JUDGMENT

19-CV-5186 (MKB) (ST)

      An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on October 7, 2020, granting plaintiff's request to recover costs in the amount of $456.85 and attorney's fees in the amount of $4,320.00; it is

      ORDERED and ADJUDGED that plaintiff's request to recover costs in the amount of $456.85 and attorney's fees in the amount of $4,320.00 is granted.

Dated: Brooklyn, New York
       October 8, 2020

                        Douglas C. Palmer
                        Clerk of Court

                By:    */s/Jalitza Poveda*
                            Deputy Clerk